Budget Rent-a-Car, Plaintiff-Appellee, *v.* Ruth C. Kirk, Defendant-Appellant.

(No. 73-386; 

Second District—May 29, 1974.

Opinion by Mr. JUSTICE SEIDENFELD.

Sullivan & Smith, for appellant.

No brief for appellee.